UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARTHA FLAUTT,

                Plaintiff,                ORDER

v.                              Case No. 07-cv-445-slc

MAGNUM COMMUNICATIONS, INC.,

                Defendant.

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 10th day of April, 2008.

STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE